*E-FILED on: 6/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. C-08-04738-RMW |
|---|---|
| Plaintiff, | (Related to: CR-07-00163-RMW) |
| v. | ORDER DENYING MOTION TO REDUCE SENTENCE |
| CARLOS SANDOVAL-VALDEZ, | |
| Defendant. | |

Juan Vasquez-Delacruz moves to reduce his sentence based essentially upon alleged national origin discrimination and failure to take points off of his offense level for accepting a final deportation order. The court hereby summarily denies the motion.

Petitioner fails to state facts supporting his claim for a number of reasons including: (1) he received four points off his offense level for participation in the early disposition program; (2) he waived his right to appeal in his plea agreement; and (3) he provides no evidence of a due process violation. The clerk may close the file.

DATED:    June 23, 2010

_____
RONALD M. WHYTE
United States District Judge

NO. C-08-04766-RMW
(Related to: CR-07-00163-RMW)
ORDER DENYING MOTION TO REDUCE SENTENCE

Copy of Order Mailed to:

**Juan Vasquez-Delacruz**
Reg# 10642-111
FCI-Victorville I
PO Box 5300
Adelanto, CA 92301

1.

NO. C-08-04766-RMW
(Related to: CR-07-00163-RMW)
ORDER DENYING MOTION TO REDUCE SENTENCE